**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Richard Wagner,** | : | **Case No.  1:25cv361** |
| | : | |
| **Plaintiff,** | : | |
| | : | **Judge Susan J. Dlott** |
| **v.** | : | |
| | : | |
| **Asmaki Inc.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than May 10, 2027 reopen the action if settlement is not consummated.  The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court.  Parties intending to preserve this Court's jurisdiction to enforce a settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substitute judgment entry.

The Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

**IT IS SO ORDERED.**

S/Susan J. Dlott_____
Susan J. Dlott
United States District Judge